UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
HOK CHIN, *et al*,

                Plaintiffs,

            - against -

UNITED RESTAURANT GROUP, INC., *et al*,

                Defendants.
------------------------------------------------------------X

**ORDER**

18-CV-10734 (JGK) (JLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2019

**JAMES L. COTT, United States Magistrate Judge.**

In light of the revised Civil Scheduling Order issued by Judge Koeltl on October 3, 2019 (Dkt. No. 117), the status conference I had previously scheduled for January 6, 2020 (Dkt. No. 100) is hereby cancelled. Per Judge Koeltl's order, the parties must notify the Court **by January 10, 2020** whether they wish a reference for purposes of settlement.

    SO ORDERED.

Dated: New York, New York
         December 30, 2019

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to:**
Christian A. Vega
69 Mary Street, Apt. B
Lodi, NJ 07644

Christina Cherniawsky
69 Mary Street, Apt. B
Lodi, NJ 07644
PRO SE

1