USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-13-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOK CHIN, ET AL.,

                Plaintiffs,

- against -

UNITED RESTAURANT GROUP, INC., ET AL.,

                Defendants.

18-cv-10734 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The matter is referred to the Magistrate Judge for purposes of settlement.

**SO ORDERED.**

Dated:    New York, New York
          January 10, 2020

                                          John G. Koeltl
                                        United States District Judge