UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HOK CHIN, *et al*,

                Plaintiffs,

      - against -

UNITED RESTAURANT GROUP, INC., *et al*,

                Defendants.
---------------------------------------------------------------X

**ORDER**

18-CV-10734 (JGK) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

As discussed at today's telephone conference, the settlement conference scheduled for tomorrow is hereby adjourned. The parties are directed to make their best efforts to resolve this case on their own and to report by letter to the Court no later than **February 7, 2020** whether they have reached a settlement.

      **SO ORDERED.**

Dated: February 4, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge