**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────

**HOK CHIN, ET AL.**

              Plaintiffs,        18 cv 10734

                                                  ORDER

    - against -

**UNITED RESTAURANT GROUP, INC., ET AL.**

             Defendants.
────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The conference previously scheduled for December 15, 2020 at 11:00 a.m. is adjourned to January 15, 2021 at 3:00 p.m. Dial-in: (888) 363-4749, with access code 8140049.

    SO ORDERED.

**Dated:**    **New York, New York**
             **December 15, 2020**             /s/ John G. Koeltl
                                                        **John G. Koeltl**
                                          **United States District Judge**