```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————
CHIN, ET AL.,
                        Plaintiffs,
                                              18-cv-10734 (JGK)
        - against -
                                              ORDER
UNITED RESTAURANT GROUP, INC., ET
AL.,

                        Defendants.
————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

As discussed at the teleconference held on January 15, 2021, the plaintiffs may move for summary judgment by January 31, 2021. The defendants may file any opposition by February 28, 2021, and the plaintiffs may reply by March 14, 2021.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **January 15, 2021**

                                               /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                       **United States District Judge**