UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOK CHIN, ET AL.,

          Plaintiffs,

- against -

UNITED RESTAURANT GROUP, INC., ET AL.,

          Defendants.

18-cv-10734 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiffs are requested promptly to provide the Court with a physical courtesy copy of the papers filed in connection with the motion for summary judgment.

SO ORDERED.

Dated: New York, New York
May 26, 2021

                                  John G. Koeltl
                              United States District Judge