UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOK CHIN, ET AL.,

                Plaintiffs,           18-cv-10734 (JGK)

     - against -                     ORDER

UNITED RESTAURANT GROUP, INC., ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

The plaintiffs advise that they have settled with the Qifan defendants and have in fact been paid the settlement amounts including attorney's fees and costs. By letter dated August 25, 2022, ECF No. 182, the plaintiffs now seek a judgment against two remaining defendants as to whom this Court found they were entitled to summary judgment, namely Dumpling 2 Avenue, Inc. and Chen Wen Ho, see ECF No. 150.

The proposed judgment also includes an award of attorney's fees and costs, reduced by the amount of attorney's fees and costs that the plaintiffs recovered from the Qifan defendants. The amount of attorney's fees and costs is wholly reasonable and the amount, reduced by the amount paid by the Qifan defendants, should be included in the Judgment, as proposed by the plaintiffs.

The Court will therefore sign the Proposed Judgment, ECF No. 186, with the following changes. The Court will limit the

Judgment to a Judgment against defendants Dumpling 2 Avenue, Inc. and Chen Wen Ho.

The plaintiffs are also directed to serve the Judgment on defendants Dumpling 2 Avenue, Inc. and Chen Wen Ho at their last known addresses and to file proof of service within ten days of this Order.

SO ORDERED.
Dated:    New York, New York
          September 13, 2022

                                    _____
                                         John G. Koeltl
                                    United States District Judge