UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x   Civil Action No.: 1:18-cv-10734-JGK
HOK CHIN, HAO LI, FILADELFO
HERRERA, AIQING LI, and JIANBO LI,    ~~PROPOSE~~D JUDGMENT

                *Plaintiffs,*

   -against-

UNITED RESTAURANT GROUP, INC.,
KIN ASIAN BISTRO INC.
     d/b/a CARMA EAST,
BADA GARDEN, LLC
     d/b/a LUMOS WEST
     d/b/a CARMA ASIAN TAPAS
DUMPLING 2 AVENUE, INC.
     d/b/a LUMOS KITCHEN
     d/b/a HOT POT CENTRAL,
QIFAN, LLC
     d/b/a LUMOS
     d/b/a RAILWAY,
DUMPLING 516 HUDSON NY, INC.
     d/b/a BENEDICTS,
R & M CENTURY INC.
     d/b/a SHANGHAI CUISINE,
CHRISTIAN A. VEGA,
CHRISTINA CHERNIAWSKY,
QIFAN LI,
and CHEN WEN HO a/k/a JONATHAN HO,

              *Defendants.*
------------------------------------------------------x

    This action having been commenced on November 16, 2018 by the plaintiffs filing the Complaint; a Summons having been issued for all defendants on November 26, 2018; ~~all defendants having been either served with the Summons and Complaint or having waived the service of the summons~~; and this Court having granted the plaintiffs' summary judgment motion against the defendants ~~UNITED RESTAURANT GROUP, INC., KIN ASIAN BISTRO INC. d/b/a CARMA EAST, BADA GARDEN, LLC d/b/a LUMOS WEST d/b/a CARMA ASIAN TAPAS~~, DUMPLING 2 AVENUE, INC. d/b/a LUMOS KITCHEN d/b/a HOT POT CENTRAL,

DUMPLING 516 HUDSON NY, INC. d/b/a BENEDICTS, R & M CENTURY INC. d/b/a SHANGHAI CUISINE, CHRISTIAN A. VEGA, CHRISTINA CHERNIAWSKY, CHEN WEN HO a/k/a JONATHAN HO, jointly and severalty by Memorandum Opinion and Order dated July 20, 2021, it is **ORDERED, ADJUDGED AND DECREED**

    **THAT** the plaintiff HOK CHIN has judgment against the defendants UNITED RESTAURANT GROUP, INC., KIN ASIAN BISTRO INC. d/b/a CARMA EAST, BADA GARDEN, LLC d/b/a LUMOS WEST d/b/a CARMA ASIAN TAPAS, DUMPLING 2 AVENUE, INC. d/b/a LUMOS KITCHEN d/b/a HOT POT CENTRAL, DUMPLING 516 HUDSON NY, INC. d/b/a BENEDICTS, R & M CENTURY INC. d/b/a SHANGHAI CUISINE, CHRISTIAN A. VEGA, CHRISTINA CHERNIAWSKY, and CHEN WEN HO a/k/a JONATHAN HO, jointly and severally, in the compensatory damages, liquidated damages, and pre-judgment interest in the amount of **$15,690.30**;

    **THAT** the plaintiff HAO LI has judgment against the defendants UNITED RESTAURANT GROUP, INC., KIN ASIAN BISTRO INC. d/b/a CARMA EAST, BADA GARDEN, LLC d/b/a LUMOS WEST d/b/a CARMA ASIAN TAPAS, DUMPLING 2 AVENUE, INC. d/b/a LUMOS KITCHEN d/b/a HOT POT CENTRAL, DUMPLING 516 HUDSON NY, INC. d/b/a BENEDICTS, R & M CENTURY INC. d/b/a SHANGHAI CUISINE, CHRISTIAN A. VEGA, CHRISTINA CHERNIAWSKY, and CHEN WEN HO a/k/a JONATHAN HO, jointly and severally, in the compensatory damages, liquidated damages, and pre-judgment interest in the amount of **$26,272.58**;

    **THAT** the plaintiff FILADELFO HERRERA has judgment against the defendants UNITED RESTAURANT GROUP, INC., KIN ASIAN BISTRO INC. d/b/a CARMA EAST, BADA GARDEN, LLC d/b/a LUMOS WEST d/b/a CARMA ASIAN TAPAS, DUMPLING 2

AVENUE, INC. d/b/a LUMOS KITCHEN d/b/a HOT POT CENTRAL, DUMPLING 516 HUDSON NY, INC. d/b/a BENEDICTS, R & M CENTURY INC. d/b/a SHANGHAI CUISINE, CHRISTIAN A. VEGA, CHRISTINA CHERNIAWSKY, and CHEN WEN HO a/k/a JONATHAN HO, jointly and severally, in the compensatory damages, liquidated damages, and pre-judgment interest in the amount of **$15,905.89**;

**THAT** the plaintiff AIQING LI has judgment against the defendants UNITED RESTAURANT GROUP, INC., KIN ASIAN BISTRO INC. d/b/a CARMA EAST, BADA GARDEN, LLC d/b/a LUMOS WEST d/b/a CARMA ASIAN TAPAS, DUMPLING 2 AVENUE, INC. d/b/a LUMOS KITCHEN d/b/a HOT POT CENTRAL, DUMPLING 516 HUDSON NY, INC. d/b/a BENEDICTS, R & M CENTURY INC. d/b/a SHANGHAI CUISINE, CHRISTIAN A. VEGA, CHRISTINA CHERNIAWSKY, and CHEN WEN HO a/k/a JONATHAN HO, jointly and severally, in the compensatory damages, liquidated damages, and pre-judgment interest in the amount of **$58,237.57**;

**THAT** the plaintiff JIANBO LI has judgment against the defendants UNITED RESTAURANT GROUP, INC., KIN ASIAN BISTRO INC. d/b/a CARMA EAST, BADA GARDEN, LLC d/b/a LUMOS WEST d/b/a CARMA ASIAN TAPAS, DUMPLING 2 AVENUE, INC. d/b/a LUMOS KITCHEN d/b/a HOT POT CENTRAL, DUMPLING 516 HUDSON NY, INC. d/b/a BENEDICTS, R & M CENTURY INC. d/b/a SHANGHAI CUISINE, CHRISTIAN A. VEGA, CHRISTINA CHERNIAWSKY, and CHEN WEN HO a/k/a JONATHAN HO, jointly and severally, in the compensatory damages, liquidated damages, and pre-judgment interest in the amount of **$167,217.83**;

**THAT** the plaintiffs have judgment against the defendants UNITED RESTAURANT GROUP, INC., KIN ASIAN BISTRO INC. d/b/a CARMA EAST, BADA GARDEN, LLC d/b/a

~~LUMOS WEST d/b/a CARMA ASIAN TAPAS~~, DUMPLING 2 AVENUE, INC. d/b/a LUMOS KITCHEN d/b/a HOT POT CENTRAL, ~~DUMPLING 516 HUDSON NY, INC. d/b/a BENEDICTS, R & M CENTURY INC. d/b/a SHANGHAI CUISINE, CHRISTIAN A. VEGA,~~ *and* ~~CHRISTINA CHERNIAWSKY~~, CHEN WEN HO a/k/a JONATHAN HO, jointly and severally, in attorneys' fees in the amount of **$26,067.10**; and

**AND THAT** the plaintiffs have judgment against the defendants ~~UNITED RESTAURANT GROUP, INC., KIN ASIAN BISTRO INC. d/b/a CARMA EAST, BADA GARDEN, LLC d/b/a LUMOS WEST d/b/a CARMA ASIAN TAPAS,~~ DUMPLING 2 AVENUE, INC. d/b/a LUMOS KITCHEN d/b/a HOT POT CENTRAL, ~~DUMPLING 516 HUDSON NY, INC. d/b/a BENEDICTS, R & M CENTURY INC. d/b/a SHANGHAI CUISINE, CHRISTIAN A. VEGA, CHRISTINA CHERNIAWSKY~~, *and* CHEN WEN HO a/k/a JONATHAN HO, jointly and severally, in costs in the amount of **$86.00**;

Dated: New York, NY
~~August ___, 2022~~
September 13, 2022

_____
Hon. John G. Koeltl, U.S.D.J.

The claims against all defendants having been resolved or abandoned, the Clerk is directed to enter this judgment and to close this case. The Clerk is also directed to close all pending motions.

G. Koeltl